# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 02-7155**  September Term, 2002

98cv01233

Filed On: March 13, 2003 [737741]

State of New York, ex rel, et al.,
    Appellees

Commonwealth of Massachusetts, ex rel,
    Appellant

    v.

Microsoft Corporation, et al.,
    Appellees

_____

Consolidated with 02-7156

**BEFORE**    Ginsburg, Chief Judge, and Edwards, Sentelle, Henderson,* Randolph, Rogers, Tatel, and Garland,* Circuit Judges, and Williams, Senior Circuit Judge**

**O R D E R**

Upon consideration of the motions for initial en banc review, expedition, overlong briefs, and a deferred appendix, it is

**ORDERED** that the motion for initial en banc review be granted. These cases and all motions and petitions in these cases will be heard by the court sitting en banc. Parties must hereafter file an original and nineteen copies of all pleadings and briefs submitted. In addition, the parties are directed to submit a portable document format ("PDF") version of each pleading. Instructions for electronic filing are available from the Clerk's Office at 202-216-7315. It is

**FURTHER ORDERED** that the following briefing schedule will apply:

| | |
|---|---|
| Brief for appellants<br>(not to exceed 18,750 words) | May 5, 2003 |
| Brief(s) for amici in support of appellants (if any)<br>(not to exceed 6,250 words) | May 19, 2003 |

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 02-7155**                                            **September Term, 2002**

| | |
|---|---|
| Brief for appellee (not to exceed 18,750 words) | June 18, 2003 |
| Brief(s) for amici in support of appellee (if any) (not to exceed 6,250 words) | July 2, 2003 |
| Reply brief for appellants (not to exceed 9,250 words) | July 16, 2003 |
| Deferred appendix | July 23, 2003 |
| Final briefs | August 6, 2003 |

**Amici Curiae.** Amici supporting the same side are strongly encouraged to file a joint brief. See D.C. Cir. Rule 29(d) (2002).

**Filing Format.** All briefs, and the deferred appendix, must be filed in the following formats:

> Hard copy – 19 copies of each submission must be filed.
>
> PDF – a PDF copy of each submission must be filed.
>
> CD-Rom – the parties and amici must file their initial and final briefs in CD-Rom format. Each brief must include hyperlinks to every case, statute, or other document cited in the brief, including those record documents to be included in the joint appendix.The parties are encouraged to cooperate so that CD-Rom versions of responsive and reply briefs incorporate briefs filed previously. The joint appendix is to consist of all record documents cited by any party, presented in the order in which they are first cited. The parties are encouraged to cooperate in the production of a single joint CD-Rom version of the final briefs and appendix.

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 02-7155**  **September Term, 2002**

**Argument.** Oral argument will be held on Tuesday, November 4, 2003. The court will issue an order or orders at a later date establishing the time and format of argument, and any special arrangements for public and press attendance.

### Per Curiam

>               FOR THE COURT:
>               Mark J. Langer, Clerk
>
> **By:**
>
>               Deputy Clerk/LD

---

\* Circuit Judges Henderson and Garland took no part in the consideration and issuance of this order, and they will take no part in any future consideration of matters before the court involving these cases.

\*\*Senior Circuit Judge Williams is participating in the decision of this case pursuant to 28 U.S.C. § 46(c)(2) ("any senior circuit judge of the circuit shall be eligible ...(2) to continue to participate in the decision of a case or controversy that was heard or reheard by the court in banc at the time when such judge was in regular active service").